# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE HORSE SOLDIER, LLC,** | : | **CIVIL ACTION NO. 1:13-CV-2892** |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **DONALD THARPE and BALA CYNWYD, LTD.,** | : | |
| Defendants | : | |

## ORDER

AND NOW, this 17th day of October, 2014, upon consideration of defendants' motion (Doc. 30) to dismiss, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that defendants' motion to dismiss is DENIED. Until further order of court, the stay in place imposed by order (Doc. 46) remains in full effect.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania